**Opinion filed April 4, 2017**



## In The

# Eleventh Court of Appeals

_____

## No. 11-16-00197-CV

_____

## ESCOPETA OIL AND GAS CORPORATION, Appellant

## V.

## F.S. TRUCKING, INC., Appellee

**On Appeal from the 161st District Court**

**Ector County, Texas**

**Trial Court Cause No. B-16-01-0041-CV**

## M E M O R A N D U M   O P I N I O N

Appellant and Appellee have filed in this court an agreed motion to dismiss with prejudice, indicating that the disputes made the basis of this litigation have been resolved. Accordingly, both parties request that this court dismiss the appeal, and each party has agreed to bear its own costs. *See* TEX. R. APP. P. 42.1(a), (d).

The motion is granted, and the appeal is dismissed.

PER CURIAM

April 4, 2017

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.